1  BILL LOCKYER
   Attorney General of the State of California
2  DENNIS ECKHART
   Senior Assistant Attorney General
3  MARGARET SPENCER (Bar No. 62870)
   KAREN LEAF (Bar No. 107703)
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 323-3804
     Fax:  (916) 323-0813
7
   Attorneys for BILL LOCKYER, in his official
8  capacity as the Attorney General of the State of
   California
9

10                 IN THE UNITED STATES DISTRICT COURT
11              FOR THE  NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14

15  STEVE SANDERS, Individually and as Class        C 04 2281 SI
    Representative
16                                                  DEFENDANT ATTORNEY
                                                    GENERAL LOCKYER'S
17                                   Plaintiff,     OPPOSITION TO
                                                    PLAINTIFF'S MOTION FOR
17               v.                                 LEAVE TO FILE
                                                    SUPPLEMENTAL BRIEF
18   BILL LOCKYER, in his official capacity as
    Attorney General of the State of California; PHILIP
19  MORRIS USA, INC.; R. J. REYNOLDS TOBACCO        Hearing: January 12, 2005
    COMPANY; BROWN & WILLIAMSON                     Time: 3:30 p.m.
20  TOBACCO COMPANY; and LORILLARD                  Courtroom:10
    TOBACCO COMPANY,                                Judge: Hon. Susan Illston
21
22                                   Defendants.
23

24         After thorough briefing and oral argument, defendants' motions to dismiss this

25  antitrust challenge to the Master Settlement Agreement ("MSA") and related state legislation

26  were taken under submission by this Court on January 12, 2005.  Now plaintiff seeks leave to

27  file a "supplemental brief," which reiterates his assertion that the manufacturer defendants are

28  reaping monopoly profits as a result of the MSA and appends two articles in support of this

Lockyer's Opp. to Mot. For Leave to File Supp. Brief          Sanders v. Lockyer
                                                              Case No. C.  04-2281 SI

                                      1

1    contention.  Defendant California Attorney General Bill Lockyer ("Attorney General Lockyer")

2    opposes this proposed filing, and requests that it be denied, on the grounds that it is an improper

3    attempt to reargue matters that have been fully briefed and argued, and to insert extraneous

4    factual material into the record.

5              Under this district's local rules, supplementary filings such as this one require prior

6    Court approval.  A party may, before the hearing date on a civil motion, call the Court's attention

7    to a newly published judicial opinion; however, once a reply is filed, a party may not file

8    "additional memoranda, papers or letters . . . without prior Court approval."  Local Rule 7-3(d).

9    This pre-approval rule empowers this Court to screen out unjustified late submissions such as

10   this one.

11             Plaintiff's proposed filing seeks to improperly supplement the record and to reargue

12   points already made. The two articles attached to plaintiff's proposed brief are improper because

13   they may not be considered in connection with the pending dismissal motions, which must be

14   decided solely on the complaint's well-pled allegations and the governing law.[1]  And the

15   contention that the tobacco manufacturers have reaped monopoly profits under the MSA is one

16   that plaintiff has repeatedly made in prior filings.  See Plt.'s Opp., pp. 1, 19; Compl., ¶¶ 3, 29.

17             This proposed filing may be an attempt to divert the Court's attention away from the

18   legal issues that control the disposition of these motions.  For example, the legal issue which

19   controls the Attorney General Lockyer's motion to dismiss plaintiff's preemption claims is

20   whether California's Reserve Fund Statute and Complementary Legislation are sovereign state

21   action.  As previously argued, these statutes are sovereign state action, not subject to federal

22   antitrust law.  *Parker v. Brown*, 317 U.S. 341 (1942).

23   ///

24   ///

25

26
          1.  Although judicially noticeable materials may considered on a motion to dismiss, these
27   articles are not subject to judicial notice because they contain facts which are subject to reasonable
     dispute and plaintiff does not contend otherwise.  F.R.Evid. 201(b)(2); *Duckett v. Godinez*, 67 F.3d
28   734, 741 (9th Cir. 1995).

Lockyer's Opp. to Mot. For Leave to File Supp. Brief                                    Sanders v. Lockyer
                                                                                       Case No. C.  04-2281 SI

2

1    In sum, California Attorney General Bill Lockyer respectfully requests that plaintiff's

2  motion for leave to file a supplemental brief be denied and that his own motion to dismiss be

3  granted.

4    Dated:  March 9, 2005

5    Respectfully submitted,

6    BILL LOCKYER
     Attorney General of the State of California

7    DENNIS ECKHART
     Senior Assistant Attorney General

8    MARGARET SPENCER
9    Deputy Attorney General

10   By _____/s/ Karen Leaf_____

11   KAREN LEAF
     Deputy Attorney General

12    Attorneys for BILL LOCKYER, in his official capacity as the
13   Attorney General of the State of California

14

15   AG's Opposition to Motion to File Supp Brief.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28

Lockyer's Opp. to Mot. For Leave to File Supp. Brief                    Sanders v. Lockyer
                                                                       Case No. C.  04-2281 SI

3