
HellerEhrman
ATTORNEYS

April 4, 2005

Darryl Snider
DSnider@hewm.com
Direct (213) 689-7577
Direct Fax (213) 244-7659
Main (213) 689-0200
Fax (213) 614-1868

22656.0128

Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Ave.,
Courtroom 10, 19th Floor
San Francisco, CA 94102

Re:  Steve Sanders v. Bill Lockyer, et al.
     USDC, Northern District, Case No.: C042281 (SI)

Dear Judge Illston:

The Manufacturer Defendants have received the Court's March 28, 2005 Order Granting Defendants' Motions to Dismiss and its Judgment of the same date. We write to request that the Court submit its opinion to the Federal Supplement for publication.

As the Court is aware, many of the legal issues addressed in its opinion are being raised in other pending cases challenging the Master Settlement Agreement ("MSA") and/or its implementing legislation. Publication of the Court's opinion may well be of assistance to these courts in analyzing the same complex issues. Cases involving the MSA almost by definition involve a matter of public interest, because the MSA was adopted by and is in force in 51 states and other jurisdictions in this country. Access to the Court's opinion would be of significant value to the courts and the general public in this context.

Respectfully,

Darryl Snider

Darryl Snider

The electronic filer attests that the person whose name appears above has signed the document. See General Order 45, Section X.

Heller Ehrman White & McAuliffe LLP   601 S. Figueroa Street, 40th Floor   Los Angeles, CA 90017-5758   www.hewm.com

San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington, D.C.   Madison, WI
Hong Kong   Beijing   Singapore      Affiliated Offices:   Milan   Paris   Rome