

**BILL LOCKYER**  
*Attorney General*

*State of California*  
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125  
P.O. BOX 944255  
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555  
Telephone: (916) 323-3804  
Facsimile: (916) 323-0813  
E-Mail: Karen.Leaf@doj.ca.gov

April 5, 2005

Hon. Susan Illston  
United States District Court  
Northern District of California  
450 Golden Gate Ave.  
Courtroom 10, 19th Fl.,  
San Francisco, CA 94102

RE: *Sanders* v. *Bill Lockyer et al.*  
United States District Court N.D. Cal. Case No. C-04-02281 SI

Dear Judge Illston:

On behalf of Attorney General Bill Lockyer, we respectfully request that the Court publish its March 28, 2005 Order Granting Defendants' Motions to Dismiss. Publication of this order is appropriate because it addresses legal issues of substantial public importance in that nearly every other state is party to the MSA and has MSA-related legislation comparable to California's. Cf., 9th Cir. Rule 36-2 (d). Publication also will likely help other courts resolve similar legal challenges to the MSA and related legislation in much the same way that publication of the dismissal order in *PTI Inc. v. Philip Morris*, 100 F. Supp.2d 1179 (C.D. Cal. 2000), was helpful here.

Thank you for considering this request.

Sincerely,

/s/

KAREN LEAF  
Deputy Attorney General

For    BILL LOCKYER  
       Attorney General

cc: Counsel of record  
KL:

April 5, 2005
Page 2

Sanders-Ltr re Publication of Order.wpd