## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

# ORIGINAL

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _05-15676_     U.S. District Court Case No. _CV-04-2281-SI_

Short Case Title _Sanders v. Lockyer_

Date Notice of Appeal Filed by Clerk of District Court _April 18, 2005_

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER |
|---|---|
| January 12, 2005 | Peppina Thompson |

(Transcript has previously been prepared and reporter has been paid.)

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _(Transcript has previously been prepared and paid for.)_

Print or type requestor's name _Kent L. Bullard, Quinn Emanuel, et al._

Signature of Attorney _____ Phone Number _(213) 443-3603_

**Address:** _865 So. Figueroa Street, 10th Floor, Los Angeles, California 90017_

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

1

# PROOF OF SERVICE

2    I, Terri D. Mickles, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

3

4    I am employed in the City of San Francisco, County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in

5    the within-entitled action. I am an employee of QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, and my business address is 50 California Street, 22nd Floor, San Francisco,

6    California 94111.

7    I caused to be served the following document(s):

8    **TRANSCRIPT DESIGNATION AND ORDERING FORM**

9    I caused the above documents to be served on each person on the attached list by the following means:

10

[M]    I enclosed true and correct copies of said document(s) in an envelope and placed it for

11    collection and mailing with the United States Post Office on **May 11, 2005**, following the ordinary business practice.

12    *(Indicated on the attached address list by an [M] next to the address.)*

13    []    I enclosed true and correct copies of said documents in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on

14    _____, following the ordinary business practice.
       *(Indicated on the attached address list by an [FD] next to the address.)*

15
       []    I consigned true and correct copies of said documents for facsimile transmission on

16    _____.
       *(Indicated on the attached address list by an [F] next to the address.)*

17
       []    I enclosed true and correct copies of said documents in an envelope, and consigned it for

18    hand delivery by messenger on _____.
       *(Indicated on the attached address list by an [H] next to the address.)*

19
       I am readily familiar with my firm's practice for collection and processing of

20    correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of

21    business.

22
       Executed on May 11, 2005, at San Francisco, California.

23

24

25                                                    Terri D. Mickles

26

27

28

PROOF OF SERVICE
Case No. C 04-2281 SI                                                    GL580/78597.1

1

2

**SERVICE LIST**
*SANDERS V. PHILIP MORRIS USA, INC., ET. AL*
**Case No. CV-04-2281 SI**

3

4

| Key: [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by hand |
|---|---|---|
| [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

5

6

7

8

9

| [M]  Patrick J. Gregory | [M]  Holly E. Loiseau, Esq. |
|---|---|
| Shook Hardy & Bacon LLP | Peter D. Isakoff, Esq. |
| 333 Bush Street, Suite 600 | Weil, Gotshal & Manges LLP |
| San Francisco, CA 94104 | 1501 K Street, N.W., |
| 415-544-1900 | Suite 100 |
| 415-391-0281 (fax) | Washington, D.C. 20055 |
| pgregory@shb.com | 202-682-7144 |
| | 202-682-8501 (fax) |

10

| Attorneys for Defendant Lorillard Tobacco Company | Attorneys for Defendant Lorillard Tobacco Company |
|---|---|

11

12

13

14

15

| [M]  Irving Scher, Esq. | [M]  Margaret Eve Spencer |
|---|---|
| Weil, Gotshal & Manges LLP | California Attorney General |
| 767 Fifth Avenue | Antitrust |
| New York, New York 10156 | 455 Golden Gate Avenue |
| 212-310-8000 | San Francisco, CA 94102-3664 |
| 212-310-8007 (fax) | 415-703-5543 |
| | 415-703-5480 (fax) |
| | margaret.spencer@doj.ca.gov |

16

| Attorneys for Defendant Lorillard Tobacco Company | Attorneys for Defendant Bill Lockyer |
|---|---|

17

18

19

20

| [M]  D. Eric Shapland | [M]  Anna S. McLean |
|---|---|
| Heller Ehrman White & McAuliffe LLP | Heller Ehrman White & McAuliffe LLP |
| 601 S. Figueroa Street | 333 Bush St |
| 40th Floor | San Francisco, CA 94104-2878 |
| Los Angeles, CA 90017-5758 | 415-772-6000 |
| 213-689-0200 | (415) 772-6268 (fax) |
| 213-614-1868 (fax) | amclean@hewm.com |
| eshapland@hewm.com | |

21

22

23

| Attorneys for Defendants Brown & Williamson Tobacco Corporation, Lorillard Tobacco Company, Philip Morris USA, Inc., R.J. Reynolds Tobacco Company | Attorneys for Defendant Philip Morris USA, Inc. |
|---|---|

24

25

26

27

28

PROOF OF SERVICE
Case No. C 04-2281 SI                              -2-                              GL580/78597.1