# WEIL, GOTSHAL & MANGES LLP

1501 K STREET, NW
SUITE 100
WASHINGTON, DC 20005
(202) 682-7000
FAX: (202) 857-0939

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW

FILED
SEP 0 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WRITER'S DIRECT LINE
(202) 682-7296

August 29, 2005

Mr. Richard W. Wieking
Clerk of the Court
US District Courtt
Northern District of California
450 Golden Gate Ave., 16th Floor
P.O. Box 36060
San Francisco, CA 94102

Re: In re Lorillard: Steve Sanders, Individually and as Class Representative v. Bill Locklyer, Philip Morris USA, Inc.; R.J. Reynolds Tobacco Co.; Brown & Williamson Tobacco Corp.; and Lorillard Tobacco Co.
Case Number: C 04-2281 SI

Dear Mr. Wieking:

Please be advised that, the law firm of Weil, Gotshal & Manges LLP has relocated from:

Weil, Gotshal & Manges LLP
1501 K St. N.W. Suite 100
Washington, D.C. 20005
**To:**
Weil, Gotshal & Manges LLP
1300 Eye St. N.W. Suite 900
Washington, D.C. 20005

Accordingly, all future correspondence addressed to Peter D. Isakoff, Holly E. Loiseau, Lee K. Van Voorhis, or the law firm of Weil, Gotshal & Manges LLP, counsel of record in the above-referenced proceedings, should be sent to this new address. Phone and fax numbers remain the same. If you have any questions or require any additional information please do not hesitate to contact me at the number listed above.

Very truly yours,

Gregory A. Bailey
Managing Clerk

DC1:\119677\09\2KCD09!.DOC\99980.0001